IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

FILED
AUG 10 2017
Clerk, U.S. District Court
District Of Montana
Great Falls

| UNITED STATES OF AMERICA, | VIOLATION: 6009901 |
| --- | --- |
| Plaintiff, | |
| vs. | Location Code: M42 |
| SARAH C. ROCHE, | ORDER |
| Defendant. | |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $450 and a $30 processing fee for VN 6009901 for a total fine amount of $480 in full by August 11, 2017. Payments should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1362

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

DATED this _____ day of August, 2017.

John Johnston
United States Magistrate Judge